**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| FELIPE BLANCO CANCIO,<br><br>Petitioner,<br><br>-vs-<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security, et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. CIV-26-2810-HE |

## ORDER

On October 29, 2026, United States Magistrate Judge Amanda L. Maxfield issued a Report and Recommendation [Doc. #16], recommending the court deny petitioner's habeas petition under 28 U.S.C. § 2241 and deny as moot petitioner's emergency motion for temporary restraining order. She advised the parties of their right to object to the Report and Recommendation by November 12, 2026, and the consequences for failure to make timely objection to the Report and Recommendation.

No objection has been filed. With no timely objection filed, the right to appellate review of the factual and legal issues contained in the Report and Recommendation is waived. *See* Moore v. United States, 950 F.2d 656, 659 (10th Cir. 1991).

Accordingly, the Report and Recommendation [Doc. #16] is **ADOPTED**. The petition for writ of habeas corpus under 28 U.S.C. § 2241 [Doc. #1] is **DENIED**.

In light of the court's ruling, petitioner's emergency motion for temporary restraining order [Doc. #14] is **DENIED as MOOT**.

A separate judgment will be entered.

**IT IS SO ORDERED**.

Dated this 16th day of November, 2026.

JOE HEATON
UNITED STATES DISTRICT JUDGE